802 A.2d 512

IN THE MATTER OF NUSSHY I. SARAYA
AN ATTORNEY AT LAW.

July 31, 2002.

**ORDER**

**NUSSHY I. SARAYA** of **JERSEY CITY,** who was admitted to the bar of this State in 1978, having been found guilty of theft by deception in violation of *N.J.S.A.* 2C:20–4 and of forgery in violation of *N.J.S.A.* 2C:21–1a(2), and good cause appearing;

It is ORDERED pursuant to *Rule* 1:20–13(b)(1) that **NUSSHY I. SARAYA** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **NUSSHY I. SARAYA** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **NUSSHY I. SARAYA** comply with *Rule* 1:20–20 dealing with suspended attorneys.